# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JACK DILLS, JR.,<br><br>          Defendant. | Case No. 21-CR-72-JPS<br><br><br>**ORDER** |

   On April 6, 2021, the Grand Jury returned a two-count Indictment charging Defendant with violating 18 U.S.C. § 924(c)(1)(A)(i) and 21 U.S.C. §§ 841(a)(1) and (b)(1)(D). ECF No. 1. On May 16, 2022, the Government filed a one-count Information, charging Defendant with violating 18 U.S.C. §§ 922(g)(3) and 924(a)(2). ECF No. 23. The parties filed a plea agreement, indicating that Defendant intended to plead guilty to Count One of the Information. ECF No. 24.

   The parties appeared before Magistrate Judge Nancy Joseph on May 27, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 29. Defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offense. *Id.*

Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 29, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 15th day of June, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:21-cr-00072-JPS   Filed 06/15/22   Page 2 of 2   Document 31